# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Nikki Carlson,

   Plaintiff,

vs.

Wells Fargo Bank, N.A.,

   Defendant.

Case No. 19-cv-1427 (PJS/DTS)

**ORDER TO STAY MATTER PENDING COMPLETION OF ARBITRATION**

   Based on the stipulation of the parties, **IT IS HEREBY ORDERED**, that:

1. The parties shall submit to binding non-judicial arbitration;
2. The arbitration shall be conducted through AAA; and
3. This action shall be STAYED in its entirety, until further order of this Court.
4. The parties shall file a status letter on the 11th of every month advising the Court as to the status of the arbitration.

Date: June 12, 2019

            s/David T. Schultz
            DAVID T. SCHULTZ
            United States Magistrate Judge